| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery |
| | C. Signature<br>X _____  ☑ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Roper Industries, Inc.<br>2160 Sattelite Blvd. Suite 200<br>Duluth, Ga 30097<br><br><br>08cv5 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 7005 0390 0000 5264 3853 |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952