## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| REBECCA W. WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE No. 2:08-cv-0005-MFF |
| NEPTUNE TECHNOLOGY | ) |
| GROUP, INC., ROPER | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Defendants **Neptune Technology Group, Inc.** and **Roper Industries, Inc.** hereby report the following entities under the provisions of the Middle District of Alabama's General Order No. 3047:

    Abel Equipos, S.A
    Abel Pumps, L.P.
    Abel Pumpen GmbH
    Abel GmbH & Co KG
    AC Analytical Controls Holding B.V
    AC Analytical Controls Holding
    AC Analytical Controls B.V
    AC Analytical Control Services B.V
    AC Analytical Controls, Inc.
    Acton Research Corporation
    Alpha Holdings of Delaware 1, LLC
    Alpha Holdings of Delaware 11, LLC
    Alpha Technologies Services, LLC
    Alpha Technologies S.R.O
    Alpha Technologies UK Ltd.

Alpha UK Holdings LLC
Amtech Systems Corporation
Amtech Systems (Hong Kong), Ltd.
Amtech World Corporation
Amot Controls Corporation
Amot/Metrix Investment Company
Amot Controls GmbH
Antek Instruments GmbH
Asia Pacific Pte Ltd.
August Design, L.L.C
CCC Services, Inc.
Civco Holding, Inc.
Civco Medical Instruments Co., Inc.
Colorado MEDtech LLC
Compressor Controls B.V
Compressor Controls Corporation S.r.l
Compressor Controls Corporation (an Iowa Corp)
Compressor Controls Corporation (a Delaware Corporation) d/b/a in Iowa as Compressor Controls - CIS/EE)
Cornell Pump Company
DAP Technologies Corp.
DAP Technologies Limited
DAP Technologies, Ltd.
DAP Technologies SARL
Dynisco B.V
Dynisco Enterprises GmbH
Dynisco Europe GmbH
Dynisco Enterprises LLC
Dynisco Europe Holdings 11, B.V
Dynisco Instruments LLC
Dynisco Instruments SARL
Dynisco LLC
Dynisco Parent, Inc.
Dynisco Polymer Test, Inc.
Dynisco SPOL, SRO
Dynisco S.R.L
Dynisco (UK) Ltd.
Dynisco-Viatran Instruments Sdn Bhd
Dynisco -Viatran (M) Sdn Bhd

Dynisco Viatran LLC
Eclipse Laboratory Automation BV
Fluid Metering, Inc.
FTI Flow Technology, Inc.
Gatan, Inc.
Gatan Service Corporation
Gatan GmbH
Hansen Technologies Corporation
Hansen Technologies Europe GmbH
Inovonics Corporation
Integrated Designs L.P.
IntelliTech, L.L.C
IntelliTrans Canada
IntelliTrans Global VMI, LLC
IntelliTrans Limited
IntelliTrans Government Solutions, LLC
IntelliTrans, LLC
ISL Holdings, S.A.S
ISL Investissement SARL
ISL Scientifique de Laboratoire - ISL, S.A.S
IT Canada Holdings LLC
IT Ohio, LLC
K/S Roper Finance
Law 1059 Limited
Logitech Limited
Lumenera Corporation
Lumenera, Inc.
Marumoto Struers KK
Media Cybernetics Inc.
MEDTEC, Inc.
MEDTEC S.A.R.L
Metrix Instrument Co., L.P.
Neptune Technology Group Inc.
Neptune Technology Group (Canada) Ltd.
Neptune Technology Group Servicios S.de R.L. de C.V
Neptune Technology Group Mexico S.de R.L. de C.V
Nippon Roper K.K
Northwest Medical Physics Equipment, Inc.
Optical Insights, LLC
PAC Denmark ApS

PAC GmbH
Petroleum Analyzer Company LP
Photometrics UK Limited
Qualitek Leaktest Ltd.
Quantitative Imaging Corp.
Redlake MASD, LLC
RI Insurance Limited
Roper Scientific SARL
Roper Canada Holdings, Inc.
Roper Canada Partners Inc.
Roper Capital Deutschland GmbH
Roper Engineering s.r.o
Roper Fundings KG
Roper Georgia, Inc.
Roper Marketing India Private Ltd.
Roper Industries Deutschland GmbH
Roper Holdings, Inc.
Roper Holdings, Limited
Roper Industrial Products Investment Company
Roper Industries B.V
Roper Industries Denmark ApS
Roper Industries Limited
Roper Industries Manufacturing (Shanghai) Co. Ltd.
Roper International Products, LTD
Roper Luxembourg S.a.r.l
Roper Mex, L.P.
Roper OOO
Roper Pump Company
Roper Pump Europe GmbH
Roper Scientific B.V
Roper Scientific, Inc.
Roper Scientific GmbH
Roper Scientific SAS
Roper Southeast Asia LLC
Ropintassco Holdings, L.P.
Ropintassco 1, LLC
Ropintassco 2, LLC
Ropintassco 3, LLC
Ropintassco 4, LLC
Ropintassco 5, LLC

Ropintassco 6, LLC
Ropintassco 7, LLC
Sinmed B.V
Sinmed Holding International B.V
Struers A/S
Struers GmbH
Struers Inc.
Struers Limited
Struers S.A.S
Struers (Shanghai) Trading Co., Ltd.
TC License Ltd.
TLP Holdings, LLC
TransCore Atlantic, Inc.
TransCore Commercial Services, Inc.
TransCore Credit Corporation
TransCore CNUS, Inc.
TransCore, LP
TransCore Holdings, Inc.
TransCore ITS, Inc.
TransCore Link Logistics Corporation
TransCore Nova Scotia Corporation
TransCore Partners, Inc.
Uson L.P.
Uson GmbH
Uson Ltd.
Viastar Services, LP
Viastar Properties, Inc.
Viatran Corporation
Walter Herzog GmbH
Zetec, Inc.
Zetec Korea, Inc.
Zetec Services, Inc.
3089554 Nova Scotia Inc.
4370007 Canada, Inc.

Respectfully submitted,

 /s/ Angela R. Rogers
John Hargrove
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2119
Telephone:  205-521-8000
Facsimile:  205-521-8800

-and-

Angela R. Rogers
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL  36104
Telephone:  334-956-7700
Facsimile:  334-956-7701

CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Priscilla Black Duncan
      P.B. Duncan & Associates LLC
      472 South Lawrence Street, Suite 204
      Montgomery, AL  36104

      Alicia K. Haynes
      Haynes & Haynes P.C.
      1600 Woodmere Drive
      Birmingham, AL  35226

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None

                                        s/ Angela R. Rogers
                                        Angela R. Rogers
                                        Bradley Arant Rose & White LLP
                                        The Alabama Center for Commerce
                                        401 Adams Avenue, Suite 780
                                        Montgomery, AL 36104
                                        Telephone: (334) 956-7700
                                        Facsimile: (334) 956-7701
                                        E-mail: arogers@bradleyarant.com