IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REBECCA F. WALTON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-0005-MEF |
| | ) | |
| NEPTUNE TECHNOLOGY GROUP, | ) | |
| INC., *et al.,* | ) | (WO) |
| | ) | |
|    Defendants. | ) | |

## **JUDGMENT**

On the 10th day of November, 2009, after this cause had been submitted to a jury, a verdict was returned by the jury as follows:

1. As to Plaintiff Rebecca F. Walton's claim pursuant to the Americans With Disabilities Act, we, the jury, find in favor of the defendant.

[f your verdict is in favor of the plaintiff, please complete questions A & B below. If your verdict is in favor of the Defendant, please leave A & B blank and next address Question 2.]

    A. We award compensatory damages in the amount of _____.

    B. We award punitive damages in the amount of _____.

2. As to Plaintiff Rebecca F. Walton's claim of retaliation pursuant to Title VII, we, the jury, find in favor of the defendant.

[If your verdict is in favor of the Plaintiff, please complete questions A & B below. If your verdict is in favor of the Defendant, please leave A & B blank.]

    A. We award compensatory damages in the amount of _____.

    B. We award punitive damages in the amount of _____.

SO SAY WE ALL.

    DONE this   10   day of November, 2009.

                                                /s/ Richard Fleming  
                                              FOREPERSON

    It is, therefore, the ORDER, JUDGMENT, and DECREE of the court:

    1. That judgment is entered in favor of the defendants and against the plaintiff; and

    2. That costs be taxed against the plaintiff for which execution may issue.

    The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    DONE this the 19th day of November, 2009.

                                            /s/ Mark E. Fuller  
                                      CHIEF UNITED STATES DISTRICT JUDGE